IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY WAYNE AVERY, #141980, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:03cv662-F |
| | ) |
| KENNETH NEW, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

On September 7, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation is adopted;

2. Avery's complaint for injunctive relief with respect to all claims other than Avery's false information claim is DISMISSED as moot since a more favorable decision on the merits would not entitle him to any additional relief;

3. Defendant's Motion for Summary Judgment (Doc. No. 8, 40) on Avery's false information claim is GRANTED;

4. Judgment is ENTERED in favor of New and against Avery on the false information claim;

5. That this case is DISMISSED with prejudice; and

6. That costs of this proceeding are taxed against the plaintiff.

Done this the 29th day of September, 2005.

/s/ Mark E. Fuller  
CHIEF UNITED STATES DISTRICT JUDGE